UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                            Case No. 1:06:CR:273

v.                                                            Hon. George Caram Steeh
                                                                  United States District Judge

LORD SHAWN RUSSELL,

      Defendant.
_____/

ORDER GRANTING DEFENDANT'S MOTION IN LIMINE (DOC. # 50)
AND DENYING PLAINTIFF'S MOTION IN LIMINE (DOC. # 55)

Both defendant Lord Shawn Russell and the government filed pre-trial motions *in limine*. These motions were discussed with the court in conference prior to trial and addressed on the record on the first morning of trial.

As stated on the record on June 25, 2007, defendant's motion *in limine* is provisionally GRANTED. The government shall not seek to admit evidence described in defendant's motion without first securing the permission of the court.

Also as stated on June 25, 2007, the government's motion *in limine* is DENIED AS MOOT, for the reason that plaintiff's and defendant's counsel have agreed on the prior convictions suitable for impeachment, as permitted by Fed. R. Evid. 609.

IT IS SO ORDERED.


Dated: June 26, 2007                                                   /s/ George Caram Steeh
                                                                       GEORGE CARAM STEEH
                                                                       UNITED STATES DISTRICT JUDGE